UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-CIV-21270-HOEVELER

JOE MANUEL PELAEZ, and others
similarly situated,

    Plaintiff,

v.

VALENCIA FOOD STORES, #5121, INC.,
d/b/a TOWN & COUNTRY FOOD STORES,

    Defendant.
_____/

### ORDER

    BEFORE the Court is Valencia Food Stores' motion to dismiss the complaint for the plaintiff's failure to prosecute the case. Valencia filed the motion on March 31, 2010. The plaintiff did not respond. On May 14, 2010, the Court directed the plaintiff to respond within 15 days. On June 2, the plaintiff finally responded, and Valencia filed a reply on the same day.

    In its motion, Valencia argues the complaint should be dismissed because the plaintiff violated pre-trial deadlines and did not respond to discovery requests. Plaintiff's counsel explains that his failure to participate in discovery was inadvertent. He points out, however, that he responded to substantially identical discovery requests during the previous lawsuit between these parties. Even so, regardless of whether Valencia's discovery requests from several years ago were similar (though not

identical), plaintiff's counsel must still respond in some manner to the requests in *this* case, even if by partially incorporating by reference previous answers. With respect to plaintiff's counsel's failure to respond to the motion to dismiss, he states this was also due to inadvertence. Because the Court finds this case should be resolved on the merits rather than plaintiff's counsel's several significant oversights, Valencia's motion to dismiss is denied.

In the alternative to dismissal, however, Valencia requests that the Court treat the motion as one to compel discovery responses, and to award Valencia fees and costs associated with the motion to compel. This request is granted; to the extent the plaintiff has not fully responded to the Valencia's discovery requests, the plaintiff is ordered to respond without delay.[1] Further, Valencia shall be entitled to its reasonable fees and costs incident to preparing the March 31, 2010 motion and June 2, 2010 reply. If the plaintiff disputes Valencia's amount of reasonable costs and fees, Valencia shall submit a separate motion to the Court.

Because of the pre-trial delays, the Court will consider a written request from either side to continue the upcoming trial date, or for additional time to conduct discovery, mediation, or file dispositive motions. Accordingly, it is hereby:

**ORDERED AND ADJUDGED:** The defendant's motion to dismiss is

---

[1] The plaintiff may respond by reference to materials produced in the last litigation, to the extent the discovery requests are the same.

denied. However, the defendant's motion to compel discover, and to recover reasonable fees and costs from the plaintiff associated with the motion to compel, is GRANTED.

**DONE AND ORDERED** in Miami, Florida, June 9th, 2010.

/s/ Wm M Hoeveler
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE